UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                           :
UNITED STATES OF AMERICA,           :
                                           :     **ORDER**
   -against-                              :
                                           :     18 Cr. 660 (AKH)
ROGER AMERICO HERNANDEZ FROMETA,   :
                                           :
                      Defendant.    :
                                           :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant has moved for the return of his personal property that is currently in the custody of the Government. ECF No. 30. The Government shall file a response to Defendant's motion by June 12, 2020.

        SO ORDERED.

Dated:      June 5, 2020                         /s/ Alvin K. Hellerstein
              New York, New York            ALVIN K. HELLERSTEIN
                                                    United States District Judge