UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :     **ORDER**
  -against-                                                   :
                                                               :     18 Cr. 660 (AKH)
ROGER AMERICO HERNANDEZ FROMETA,                               :
                                                               :
                                  Defendant.                :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant's motion for return of personal property, ECF No. 30, is denied as academic, since the government has satisfied Defendant's requests for return of items taken.

        SO ORDERED.

Dated:    June 23, 2020                    /s/ Alvin K. Hellerstein
             New York, New York        ALVIN K. HELLERSTEIN
                                                    United States District Judge