UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                        :
:     **ORDER**
-against-                                         :
:     18 Cr. 660 (AKH)
ROGER AMERICO HERNANDEZ FROMETA,   :
:
Defendant.        :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Government shall file its response to Defendant's motion for compassionate release, ECF No. 34, by September 24, 2020. Defendant shall file any reply by October 1, 2020.

       SO ORDERED.

Dated:    September 10, 2020         /s/ Alvin K. Hellerstein
           New York, New York        ALVIN K. HELLERSTEIN
                                          United States District Judge